IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01783-RPM

ESTATE OF JAIME CEBALLOS;
QUIANNA VIGIL;
NAVEYAH CEBALLOS, through next friend;
JAYDEN CEBALLOS, through next friend,

      Plaintiffs,

v.

WILLIAM HUSK, individually;
DANTE CARBONE, individually;
RANDY NELSON, in his official capacity;
CITY OF THORNTON,

      Defendants.

_____

ORDER VACATING SCHEDULING/PLANNING CONFERENCE
_____

      Upon reassignment of this civil action and this Court's case management

procedures, it is

      ORDERED that the October 20, 2015, scheduling/planning conference before

Magistrate Judge Michael J. Watanabe is vacated.

      DATED: September 17th, 2015

                    BY THE COURT:


                    s/Richard P. Matsch

                    _____
                    Richard P. Matsch, Senior Judge