IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01783-RPM

ESTATE OF JAIME CEBALLOS;
QUIANNA VIGIL;
NAVEYAH CEBALLOS, through next friend;
JAYDEN CEBALLOS, through next friend,

       Plaintiffs,

v.

WILLIAM HUSK, individually;
DANTE CARBONE, individually;
RANDY NELSON, in his official capacity;
CITY OF THORNTON,

       Defendants.

_____

ORDER DISMISSING DEFENDANT RANDY NELSON AND SUBSTITUTING THE
CITY OF THORNTON
_____

       Upon review of the Stipulation for Dismissal of Randy Nelson and Substitution of

Party [Doc. 15] it is

       ORDERED that Randy Nelson is dismissed without prejudice and the City of

Thornton is substituted with respect to Plaintiffs' Third Claim for Relief.  It is

       FURTHER ORDERED that each party will pay their own fees and costs with

respect to the referenced Stipulation.

       DATED:   October 20th, 2015

               BY THE COURT:

               s/Richard P. Matsch

               _____

               Richard P. Matsch, Senior Judge