IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01783-RPM

ESTATE OF JAIME CEBALLOS;
QUIANNA VIGIL;
NAVEYAH CEBALLOS, through next friend;
JAYDEN CEBALLOS, through next friend,

    Plaintiffs,

v.

WILLIAM HUSK, individually;
DANTE CARBONE, individually;
CITY OF THORNTON,

    Defendants.

_____

### ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to Procedural Order Number One entered by this Court on October 27, 2015, counsel have contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

ORDERED that a scheduling conference will be held on **January 25, 2016, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on January 15, 2016.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

DATED: January 4, 2016

          BY THE COURT:

          s/Richard P. Matsch

          _____
          Richard P. Matsch, Senior Judge